# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ALVIN SHEROY TERRELL, | : | MOTION TO VACATE |
| BOP ID 53907-019, | : | 28 U.S.C. § 2255 |
|    Movant, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:16-CV-1103-MHC-JKL |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. |
|    Respondent. | : | 1:03-CR-293-MHC-JKL |

## FINAL REPORT AND RECOMMENDATION

In 2006, federal inmate Alvin Sheroy Terrell filed a Petition to Vacate, Set Aside, or Correct a Sentence of a Person in Federal Custody Pursuant to 28 U.S.C. § 2255. *See* (Doc. 47). In 2007, Mr. Terrell's § 2255 motion was adjudicated on the merits and denied. *See* (Docs. 48 & 49).

Consequently, Mr. Terrell may not file a second or successive § 2255 motion without first obtaining permission to do so from the United States Court of Appeals for the Eleventh Circuit. *See* 28 U.S.C. § 2255(h). Without this prior authorization, this court "lacks jurisdiction to consider a second or successive motion." *Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir. 2003).

It does not appear that Mr. Terrell sought and obtained permission to file the Motion for Habeas Relief Pursuant to Title 28, United States Code, Section 2255(F)(3)(4) [sic] that he submitted to this Court earlier this month. *See* (Doc. 50).

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** for lack of jurisdiction.

In the absence of subject-matter jurisdiction, 28 U.S.C. § 2253(c) does not apply to this case, and the undersigned offers no recommendation regarding a Certificate of Appealability. *See Walker v. United States*, 367 F. App'x 67, 68-69 (11th Cir. 2010) (citing *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004)).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 11th day of April, 2016.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE