IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALVIN SHEROY TERRELL, BOP ID 53907-019<br>　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br><br>CIVIL ACTION FILE<br>NO. 1:16-CV-1103-MHC-JKL<br><br>CRIMINAL ACTION FILE NO.<br>1:03-CR-293-MHC-JKL |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 51] that Movant's 28 U.S.C. § 2255 Motion [Doc. 50] ("Mot. to Vacate") be denied. The Order for Service of the R&R [Doc. 52] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. Within the required time period, Movant filed his objections to the R&R [Doc. 53].

In reviewing a Magistrate Judge's R&R, the district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). "Parties filing objections to a magistrate's report and recommendation must

specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted). Absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1)(C), and may accept the recommendation if it is not clearly erroneous or contrary to the law. FED. R. CRIM. P. 59. In accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has conducted a de novo review of those portions of the R&R to which Movant objects and has reviewed the remainder of the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

In this action, Movant attempts to challenge his May 2004 conviction in this Court for possession of a firearm by a convicted felon. Based on several prior burglary convictions, Movant was determined to be an armed career criminal under 18 U.S.C. § 924(e) and was sentenced as such. Mot. to Vacate at 1-2. As the Magistrate Judge notes in the R&R, Movant previously filed a § 2255 motion in 2007, which was adjudicated on the merits and denied. [Docs. 47-49.] Movant did not seek permission to file a second or successive § 2255 motion from the

United States Court of Appeals for the Eleventh Circuit. Accordingly, the Magistrate Judge recommends that this second or successive § 2255 be denied. [Doc. 51.]

In his objections, Movant argues that he is entitled to relief based on Johnson v. United States, 135 S. Ct. 2551 (2015), which held that imposing increased sentences under 18 U.S.C. § 924(e) violates due process. The Eleventh Circuit recently held that "Johnson has not been 'made retroactive to cases on collateral review by the Supreme Court,' which means it cannot be the basis for a second or successive § 2255 motion." In re Starks, 809 F.3d 1211, 1212 (11th Cir. 2016) (quoting 28 U.S.C. § 2255(h)(2) and citing In re Franks, 815 F.3d 1281 (11th Cir. 2016)). Moreover, even if Johnson could be the basis of a second or successive § 2255 motion, Movant still must seek permission from the Eleventh Circuit before he can proceed. Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003). "Without authorization, the district court lacks jurisdiction to consider a second or successive petition." Id. (citing Hill v. Hopper, 112 F.3d 1088, 1089 (11th Cir. 1997)). Movant's objections are, accordingly, **OVERRULED**.

Finding no clear error in the remainder of the R&R, the Court **OVERRULES** Movant's objections [Doc. 53], **ADOPTS** the Magistrate Judge's

Final Report and Recommendation [Doc. 51] as the Order and Opinion of this Court, and **DENIES** Movant's 28 U.S.C. § 2255 motion [Doc. 50].

**IT IS SO ORDERED** this 9th day of May, 2015.

_____
MARK H. COHEN
United States District Judge